TETRA TECHNOLOGIES, INC.;
**Liberty Mutual Insurance
Company, Petitioners**

v.

**DIRECTOR, OFFICE OF WORKER'S COMPENSATION PROGRAMS, U.S. Department of Labor; Kevin W. McClendon, Respondents.**

No. 10–60210
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Jan. 31, 2011.

Christopher Leonard Zaunbrecher, Esq., Briney & Foret, L.L.P., Lafayette, LA, for Petitioners.

Mark Ambrose Reinhalter, Counsel, Rae Ellen James, Associate Solicitor, U.S. Department of Labor, Office of the Solicitor, Washington, DC, David Duhon, U.S. Department of Labor ESA/OWCP/DLHWC, Isaac Harris Soileau, Jr., Logan Law Offices, L.L.C., New Orleans, LA, for Respondents.

Before HIGGINBOTHAM, SMITH, and HAYNES, Circuit Judges.

PER CURIAM: *

---

Tetra Technologies, Inc. and its insurance carrier appeal the award of temporary total disability benefits under the Longshore and Harbor Workers' Compensation Act, 33 U.S.C. § 901 *et seq.*, to an employee who was injured in a workplace accident. Following a formal hearing, an Administrative Law Judge issued detailed findings of fact and conclusions of law that were affirmed by the Benefits Review Board in a careful opinion. Petitioners argue that the ALJ's factual findings were not supported by substantial evidence and that the ALJ used the wrong statutory provision to calculate the employee's average weekly wage. Finding no error, we AFFIRM essentially for the reasons given by the Benefits Review Board.

* Pursuant to 5TH CIR. R. 47.5, the court has    determined that this opinion should not be